AO 440 (Rev. 02/09) Summons in a Civil Action

E-filing

# UNITED STATES DISTRICT COURT

for the

Northern District of California

FILED ORIGINAL

2011 AUG 16 A 11: 12

RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SC

craigslist, Inc., a Delaware corporation,
*Plaintiff*
v.
Terrence Branley, a California resident, Brian Lack, a Nevada resident, et al.,
*Defendant*

Civil Action No. CV11 3545

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Brian Lack
2908 Bush Street
San Francisco, California 94115

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Hennessy (SBN 226721) BHennessy@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94034
Telephone: (650) 838-4300 / Facsimile: (650) 838-4350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

Date: JUL 19 2011

*Signature of Clerk or Deputy Clerk*



40753-0043/LEGAL21341654.1

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>BRIAN HENNESSY, Bar #226721<br>PERKINS COIE LLP<br>3150 Porter Drive<br>PALO ALTO, CA 94304<br>*Telephone No:* 650-838-4300 *FAX No:* 650-838-4350<br>*Attorney for:* Plaintiff<br>*Ref. No. or File No.:* 40753.0043.0038 | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Northern District Of California | |
| *Plaintiff:* CRAIGSLIST, INC., A DELAWARE CORPORATION<br>*Defendant:* TERRENCE BRANLEY, A CALIFORNIA RESIDENT; ET AL | |

| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* Wed, Oct. 26, 2011 | *Time:* 1:30PM | *Dept/Div:* 4 | *Case Number:* CV11 3545 DMR |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons And Complaint; Letter Dated July 19, 2011;plaintiffs Craigslist Inc.'s Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16;welcome To The Oakland Divisional Office Of The United States District Court;notice Of Assignment Of Case To A United States Magistrate Judge For Trial;consent To Proceed Before A United States Magistrate Judge;declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;order Setting Initial Case Management Conference And Adr Deadlines;standing Order Or Magistrate Judge Donna M. Ryu;standing Order For All Judges Of The Northern District Of California;ecf Registration Information Handout.

3. *a. Party served:* BRIAN LACK

4. *Address where the party was served:* 2908 BUSH STREET
SAN FRANCISCO, CA 94115

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 19, 2011 (2) at: 6:26PM

7. ***Person Who Served Papers:***
   a. TIMOTHY J. ANDERSON

A & A LEGAL SERVICE
1541 Bayshore Hwy.
Burlingame, CA 94010-1602
Toll Free (855) 388-9243
FAX (855) 388-9240
general@AALegalService.com

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. ***The Fee** for Service was:*

e. I am: (3) registered California process server
   *(i)* Employee
   *(ii) Registration No.:* 311
   *(iii) County:* San Mateo
   *(iv) Expiration Date:* Sat, Jun. 29, 2013

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date:Wed, Jul. 27, 2011

(TIMOTHY J. ANDERSON)